FILED
2006 Aug-08 PM 04:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT "10"

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/21/2002 | 7185 |



BILL TO

University Supply Store
P.O. Box 870291
Tuscaloosa, AL 35487

SHIP TO

University Supply Store/University of Ala
870291Fergerson Center
Tuscaloosa, AL 35487
348-6168

| ORDER NUMBER | TERMS | DUE DATE | REP | SHIP DATE | VIA | Phone # |
|---|---|---|---|---|---|---|
| John | COD | 11/21/2002 | CLM | 11/21/2002 | Std. Overnight | 348-6168 |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 50 | 2003CAL3 | Dealer- Crimson & White 2003 Calendar | 11.875 | 593.75 |
| 1 | SHIPPING | Shipping & Handling | 10.00 | 10.00 |
|  | Note | For D. Moore Signing | 0.00 | 0.00 |

| Reserved # | Customer E-mail | | |
|---|---|---|---|
|  | newlifeart2003@aol.com | Subtotal | $603.75 |
|  |  | Sales Tax | $0.00 |
|  |  | Payments/Credits | $-603.75 |
|  |  | **Balance Due** | $0.00 |

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/3/2002 | 7279 |



BILL TO

University Supply Store
P.O. Box 870291
Tuscaloosa, AL 35487

SHIP TO

University Supply Store/University of Ala
870291Fergerson Center
Tuscaloosa, AL 35487
348-6168

| ORDER NUMBER | TERMS | DUE DATE | REP | SHIP DATE | VIA | Phone # |
|---|---|---|---|---|---|---|
| 13959 | Net 30 | 1/2/2003 | CLM | 12/3/2002 | Express Saver | 348-6168 |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 50 | 2003CAL3 | Dealer- Crimson & White 2003 Calendar | 13.75 | 687.50 |
| 68 | 2003CAL3 | Dealer- Crimson & White 2003 Calendar (Quad Signing 11/23/02) | 13.75 | 935.00 |
| 1 | SHIPPING | Shipping & Handling | 8.00 | 8.00 |

| Reserved # | Customer E-mail | Subtotal | $1,630.50 |
|---|---|---|---|
| | newlifeart2003@aol.com | Sales Tax | $0.00 |
| | | **Payments/Credits** | $-1,630.50 |
| | | **Balance Due** | $0.00 |