FILED
2009 Nov-02 AM 09:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

**UNIVERSITY OF ALABAMA BOARD OF TRUSTEES**

    **Plaintiff,**

v.                                                                                                       **CV 05-UNAS-PT-585-W**

**NEW LIFE ART INC., et al**

    **Defendants.**

## ORDER

This cause comes on to be heard on the Defendants' Motion to Strike Plaintiff's Response to the Court's Instructions at Oral Argument filed October 28, 2009. The court orders as follows: The court will not consider anything objected to that it deems to be new evidence or totally new argument.

**DONE** and **ORDERED** this the 2nd day of November, 2009.

_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**